| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN | DATE: | 9/15/2016 |
| | U.S. MAGISTRATE JUDGE | TIME: | 9:30 a.m. |

*Amber Daniels et al. v. City of New York et al.*
16-CV-0190 (PKC) (JO)

TYPE OF CONFERENCE:  Status

APPEARANCES:   Plaintiffs   Ryan M. Lozar

   Defendants   David A. Cooper

SCHEDULING: The next pretrial conference will be held on November 15, 2016, at 2:00 p.m.

SUMMARY: As set forth on the record, I granted the plaintiffs' motion to compel discovery; the defendants will complete the required disclosures by September 29, 2016. The parties anticipate completing discovery on time.

SO ORDERED

         /s/         
JAMES ORENSTEIN
U.S. Magistrate Judge