| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | CIVIL CONFERENCE | |
| EASTERN DISTRICT OF NEW YORK | | MINUTE ORDER | |
| | | | |
| BEFORE: JAMES ORENSTEIN | | DATE: | 12/6/2016 |
| U.S. MAGISTRATE JUDGE | | TIME: | 2:30 p.m. |

*Amber Daniels, et al. v. City of New York, et al.*
16-CV-0190 (PKC) (JO)

TYPE OF CONFERENCE: Status

APPEARANCES:  Plaintiffs  Ryan Lozar

 Defendants Tobias Zimmerman

SCHEDULING: The next pretrial conference will be held on February 27, 2017, at 10:00 a.m.

SUMMARY: I resolved the parties' discovery disputes as set forth on the record. The defendants will produce outstanding disclosures by December 20, 2016, and will by the same date submit to me for *in camera* review the pertinent confidential informant file. I will enter an amended case management and scheduling order that provides deadlines for the exchange of expert reports.

                                        SO ORDERED

                                        _____/s/_____
                                        JAMES ORENSTEIN
                                        U.S. Magistrate Judge