

ZACHARY W. CARTER
Corporation Counsel

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, N.Y. 10007

TOBIAS E. ZIMMERMAN
phone: (212) 356-2661
fax: (212) 356-3509
tzimmerm@law.nyc.gov

January 4, 2017

**VIA ECF**

Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Amber Daniels, et al. v. City of New York, et al.
             16-CV-0190 (PKC) (JO)

Your Honor:

    I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to represent Defendants in the above-referenced matter. Defendants write to inform the Court that they have prepared their confidential submission for *in camera* review pursuant to the Court's previous Orders of December 6 and 21, 2016, but were not able to complete the submission during business hours today, January 4, 2017. Defendants will have their submission hand delivered to the Court tomorrow morning.

    Respectfully submitted,

    Tobias E. Zimmerman
    *Senior Counsel*
    Special Federal Litigation Division

cc:    Ryan M. Lozar, Esq. (**via ECF**)
       *Attorney for Plaintiffs*