

ZACHARY W. CARTER
Corporation Counsel

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

TOBIAS E. ZIMMERMAN
phone: (212) 356-2661
fax: (212) 356-3509
tzimmerm@law.nyc.gov

January 6, 2017

**VIA ECF**
Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Amber Daniels, et al. v. City of New York, et al.
             16-CV-0190 (PKC) (JO)

Your Honor:

    I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to represent Defendants in the above-referenced matter. Defendants write to inform the Court that they are working on a substantive response to the Court's Order of earlier today, as well as the other issues raised in the letter filed by Plaintiffs' counsel last night (docket no. 58). Defense counsel was out of the office in a deposition all day today, Friday January 6th (one of the party depositions in this case), and is also scheduled to be in depositions at Plaintiffs' counsel's office on Monday January 9th and Tuesday January 10th. Defendants expect to file (and/or submit *in camera*) their substantive response on or before Tuesday January 10, 2017, and respectfully request that the Court delay any further action on this matter pending Defendants' further submission.

    Defendants thank the Court for its time and attention to this matter.

                                              Respectfully submitted,

                                              Tobias E. Zimmerman
                                              *Senior Counsel*
                                              Special Federal Litigation Division

cc:    Ryan M. Lozar, Esq. (**via ECF**)
        *Attorney for Plaintiffs*