| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN | DATE: | 1/25/2017 |
| | U.S. MAGISTRATE JUDGE | TIME: | 10:00 a.m. |

*Amber Daniels, et al. v. City of New York, et al.*
16-CV-0190 (PKC) (JO)

TYPE OF CONFERENCE: Status

APPEARANCES:   Plaintiffs   Ryan M. Lozar

Defendants   Tobias E. Zimmerman, Dara Weiss, Alexis Leist

SCHEDULING: The next pretrial conference will be held on February 27, 2017, at 10:00 a.m.

SUMMARY:

1. The City shall by January 26, 2017, produce for *in camera* review all written reports and analyses of the performance of the pertinent confidential informant.

2. I denied the plaintiff's request to extend discovery to allow inquiry into a post-arrest laboratory analysis, on the ground that such discovery is not relevant to any claim or defense in the case.

3. The City shall complete its overdue production of officers' memo books by January 27, 2017. If the plaintiff reports that such production has not been completed, I will order counsel and the officers whose records have not been produced to appear before me the next day.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge